**DISMISS and Opinion Filed February 23, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01211-CV

## PACK PROPERTIES XIV, LLC AND T&T REALTY CORP., Appellants

## V.

## REMINGTON PROSPER, LLC, Appellee

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-04301-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal from three summary judgment

orders as the orders did not, individually or in combination, appear to dispose of all

claims and parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)

(generally, appeal may only be taken from final judgment that disposes of all parties

and claims). At our request, the parties filed jurisdictional letter briefs.

After appellants' letter brief was filed,[1] the trial judge signed an order that clarified that parties and claims remain pending. Accordingly, because claims remain pending, we lack jurisdiction and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221211F.P05

---

[1] In their letter brief, appellants argued that, based on a "306a letter" that the district clerk had sent them following the signing of the summary judgment orders and that informed them that "an appealable order or other final order disposing of the case" had been signed, it appeared the trial court intended the summary judgment orders to be final. *See* TEX. R. CIV. P. 306a(3) (requiring court clerk to immediately give parties notice when final judgment or other appealable order is signed); *see also Lehmann*, 39 S.W.3d at 205 (when no conventional trial on the merits has occurred, order or judgment is final and appealable if it clearly shows trial court intended to completely dispose of entire case). Appellants requested that, in the event we were uncertain, we abate the appeal for the trial court to clarify its intent. *See id.* at 206.

Appellee informed the Court in its letter brief of the clarifying order.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PACK PROPERTIES XIV, LLC
AND T&T REALTY CORP.,
Appellants

No. 05-22-01211-CV        V.

REMINGTON PROSPER, LLC,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-04301-
2021.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Remington Prosper, LLC recover its costs, if any, of this appeal from appellants Pack Properties XIV, LLC and T&T Realty Corp.

Judgment entered February 23, 2023.